**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELENA FAENKOVA,

Plaintiff,

Case No.: 1:26-cv-14298

v.

**Judge Martha M. Pacold**

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

**Magistrate Judge Albert Berry, III**

Defendants.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | TAIhelong |