AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of Illinois on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 1:26-cv-14298 | 11/17/2026 | Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Elena Faenkova | The Partnerships and Unincorporated Associations Identified on Schedule A |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | A. Martinez | 11/20/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director** **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director** **Copy 4—Case file copy**

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-245**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Cute dinosaurs watercolor seamless pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 08, 2018
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051515



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-758**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Rainbow Zebra

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 13, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051543



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-242**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Tropical exotic bird, leaves and flowers

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 09, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051551



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-803**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cats seamless pattern for textile

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 19, 2021
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 20, 2025
**Applicant's Tracking Number:** EF2025051502



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-786**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cute dog seamless pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 17, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051516



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-751**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Funny parrots

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 05, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
**Author Created:** 2-D artwork
**Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051537



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-679**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Canary bird watercolor illustration

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 16, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 20, 2025
**Applicant's Tracking Number:** EF2025051501



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-675**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cute unicorn seamless pattern. magic horse watercolor illustration

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 21, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051528



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-768**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Sea wave seamless pattern

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 06, 2020
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051547



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-241**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Valentine day. Watercolor illustration for card with a cute penguin and red heart.

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 09, 2014
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:** EF2025051552



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-771**

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Watercolor snowman and cute bird

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 14, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051556



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-785**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cute cartoon owl. watercolor forest bird. school books illustration. Back to school.

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 15, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:** EF2025051512

